THE STATE EX REL. ULLMANN *v.* JOBSOHIO ET AL.

[Cite as *State ex rel. Ullmann v. JobsOhio,* 138 Ohio St.3d 83,

2013-Ohio-5188.]

*Mandamus—Public records—R.C. 149.43—R.C. 187.04(C)(1).*

(No. 2013-1268—Submitted October 22, 2013—Decided December 3, 2013.)

IN MANDAMUS.

———————————

{¶ 1} This cause originated in this court on the filing of a complaint for a writ of mandamus.

{¶ 2} Upon consideration of respondents' motion to dismiss, it is ordered by the court that the motion to dismiss is granted because JobsOhio is specifically exempted from the requirements of R.C. 149.43 by R.C. 187.04(C)(1). Accordingly, this cause is dismissed.

O'CONNOR, C.J., and PFEIFER, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

O'DONNELL, J., not participating.

———————————

Victoria E. Ullmann, pro se.

Squire Sanders, L.L.P., and Aneca E. Lasley; and Organ, Cole & Stock, L.L.P., and Douglas R. Cole, for respondents JobsOhio and John Minor.

———————————